UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re:

    Itohan E. Omigie                          Case No.:    10-41839-JBR
                                                                            Chapter 7

    Debtor.
-----------------------------------------------------x

    Robert Geltzer, *as Trustee of the Estate*     Adv. Pro. No.: 10-01200-JBR
    *of Itohan E. Omigie*

    Plaintiff.

    Itohan E. Omigie

    Defendant.
-----------------------------------------------------x

**DECISION AND ORDER ON TRUSTEE'S OBJECTION TO THE DEBTORS' DISCHARGE PURSUANT TO SECTION 727 ON THE BANKRUPTCY CODE**

JOEL B. ROSENTHAL
United States Bankruptcy Judge

For the reasons set forth orally on the record on April 18, 2011, the Court finds that the Debtor, Itohan E. Omigie, is not entitled to a discharge of her debts pursuant to Section 727 of the Bankruptcy Code.

IT IS SO ORDERED.



**Dated: April 19, 2011**                                                   **Joel B. Rosenthal**
     **Brooklyn, New York**                                       **United States Bankruptcy Judge**